76,998-04

Paul R. Desilets
T.D.C.J.# 1581093
1200 F.M. 655
Rosharon Texas 77588
Stringfellow Unit
November 27 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 07 2015

Abel Acosta, Clerk

Mr. Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin Texas 78711

RE: Cause No. 08-12-11262-CR- I, II, WR- 76, 998, Desilets v. State of Texas

Dear Mr. Acosta,

Could I please obtain a copy of the Clerk's dockett sheet, (receipt of filings, filed) for the above cause and number. Could you please forward to above offender. I am indigent and T.D.C.J. will not allow me to forward a self stamped addressed envelope.

Thank You for your assistance in this matter.

Respectfully Submitted

Paul R. Desilets